McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL MOIS,<br><br>Defendant. | CASE NO. 2:18-CR-00065<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: August 26, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

The United States of America, by and through its counsel of record, and defendant Emanuel Mois, by and through his counsel Alan Donato, hereby respectfully stipulate and request that the Court vacate the August 26, 2019 restitution hearing and order that the defendant pay restitution in the amount of $1,000.00, for the following reasons:

1. On February 11, 2019, defendant pleaded guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). ECF 24. Pursuant to the Plea Agreement, and 18 U.S.C. §§ 3663A(c)(1)(A)(ii) and 2259(a), the defendant agreed to pay restitution to victims affected by his offense. ECF 26.

2. On June 10, 2019, defendant appeared before this Court for judgment and sentencing. ECF 35. At this hearing, the Court indicated that it intended to order restitution, pursuant to 18 U.S.C. §§ 3663A and 2259 and as agreed in the Plea Agreement, but deferred determination of the amount of restitution to allow the parties additional time to gather information and meet and confer regarding the

STIPULATION AND [PROPOSED] ORDER RE:
RESTITUTION

1

amount of restitution. ECF 35, 36.

3. The United States has consulted with counsel for Minor Victim 1. Additionally, the parties have met and conferred regarding the amount of restitution in this case. Pursuant to those discussions, the parties stipulate and agree that:

    a) Minor Victim 1 is a victim in this case, meaning s/he is an individual harmed as a result of the commission of the crime. 18 U.S.C. § 2259(c).

    b) Defendant Emanuel Mois shall liable for restitution in the amount of $1,000 to Minor Victim 1, an amount which comports with the defendant's relative role in the causal process that underlies Minor Victim 1's losses caused by the continuing trafficking of images, as supported by a preponderance of evidence.

4. Defendant agrees to make payment as follows:

    a) Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

    b) Payment shall be made in monthly installments of $100, paid on the first day of each calendar month, beginning on October 1, 2019. *See* 18 U.S.C. §§ 3664(f)(2) and 3572(d).

    c) Pursuant to 18 U.S.C. §§ 3664(k) and 3572(d)(3), the defendant will notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

5. The United States will provide payment information for Minor Victim 1 to the Financial & Budget Administrator for the United States District Court, Eastern District of California, so that payment may be issued to Minor Victim 1.

6. The parties agree that the defendant does not have the ability to pay interest, and that the Court should waive interest on the restitution as a result.

IT IS SO STIPULATED.

//
//
//

STIPULATION AND [PROPOSED] ORDER RE: RESTITUTION

2

| | | |
|---|---|---|
| 1 | Dated: August 21, 2019 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | | |
| 3 | | /s/ AMY SCHULLER HITCHCOCK |
| 4 | | AMY SCHULLER HITCHCOCK<br>Assistant United States Attorney |
| 7 | Dated: August 21, 2019 | /s/ ALAN DONATO<br>ALAN DONATO<br>Attorney for Defendant EMANUEL MOIS |

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Emanuel Mois liable for restitution in the amount of $1,000.00. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. §§ 3663A and 2259, the Court finds good cause to so order. Accordingly, the Court orders as follows:

1. The defendant shall pay restitution in the amount of $1,000.00.

2. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

3. Payment shall be made in monthly installments of $100, paid on the first day of each calendar month, beginning on October 1, 2019.

4. The defendant must notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

5. The interest requirement is waived, as the defendant does not have the ability to pay interest.

6. The United States shall provide the Court with payment information for Minor Victim 1 so that restitution may be paid out to him/her.

7. The hearing set for Monday, August 26, 2019, in this case is hereby vacated.

**SO ORDERED.**

DATED: August 22, 2019.

_____
UNITED STATES DISTRICT JUDGE