UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Emanuel Mois,<br><br>　　　　　　　Defendant. | No. 2:18-cr-00065-KJM<br><br>ORDER |

Defendant's motion for an extension of time at ECF No. 61 is **granted** for good cause shown.  The deadline for Defendant Emanuel Mois to oppose the motion to dismiss at ECF No. 59 is **extended 90 days**.  The Clerk's Office is directed to **specially serve a copy of the docket** of this action on Defendant so that he may request a copy of any motion he does not possess.

　　　IT IS SO ORDERED.

DATED: October 1, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1