UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Emanuel Mois,<br><br>                Defendant. | No. 2:18-cr-00065-KJM<br><br>ORDER |

The court construes the document filed at ECF No. 64 as a request for a status conference and **denies that request**. The motion by Defendant Emanuel Mois to vacate, set aside, or correct the sentence (ECF No. 50) and the government's motion to dismiss (ECF No. 59) **remain pending**.

IT IS SO ORDERED.

DATED: January 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1