UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     v.<br><br>Emanuel Mois,<br><br>                    Defendant. | No. 2:18-cr-00065-KJM<br><br>ORDER |

The court construes the filing at ECF No. 79 as a motion to reconsider the denial of defendant's previous motion under 28 U.S.C. § 2255. Defendants may move to reconsider or for relief from orders denying previous § 2255 motions, and these motions are subject to the same rules and time limits as reconsideration motions in civil cases. *See United States v. Martin*, 226 F.3d 1042, 1047 n.7 (9th Cir. 2000). But Mois has appealed the order he now asks this court to rethink, ECF No. 75, and this court has no jurisdiction over motions for reconsideration filed after the notice of appeal, *see Katzir's Floor & Home Design, Inc. v. M-MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004). The request at ECF No. 79, construed as a motion to reconsider or for relief from the judgment, is therefore **denied**.

IT IS SO ORDERED.

DATED: February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE