UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00065-KJM |
| Plaintiff, | ORDER |
| v. | |
| Emanuel Mois, | |
| Defendant. | |

Defendant Emanuel Mois has filed a letter regarding his motion under 28 U.S.C. § 2255, which the court denied. ECF No. 81. The court construes the letter as a motion for reconsideration and **denies** the motion. As the court explained in its prior order, Prior Order, ECF No. 80, this court does not have jurisdiction over motions for reconsideration filed after a notice of appeal, *see Katzir's Floor & Home Design, Inc. v. M-MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004). Defendant has appealed the order he now asks the court to reconsider. Notice of Appeal, ECF No. 75. The court does not have jurisdiction to do so. Therefore, the letter, which the court construes as a motion for reconsideration, is **denied.** All future requests for reconsideration while the appeal is pending will be disregarded.

This order resolves ECF No. 81.

IT IS SO ORDERED.

DATED: October 3, 2023.

CHIEF UNITED STATES DISTRICT JUDGE