UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00065-KJM |
| Plaintiff, | ORDER |
| v. | |
| Emanuel Mois, | |
| Defendant. | |

Emanuel Mois recently filed a letter requesting an attorney "to help [him] in filing a § 3582 motion for reduction, so that the injustice rendered by the failure of [his] lawyer and prosecutor may be righted." ECF No. 83.

The law Mois cites, 18 U.S.C. § 3582, permits federal district courts to reduce the sentences of criminal defendants if at least three things are true: "extraordinary and compelling reasons" warrant a reduction, the reduction would be consistent with the factors listed in 18 U.S.C. § 3553(a), and the reduction is "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A)(i). In addition, the court cannot entertain a motion for a reduction under § 3582 if the defendant has not satisfied a preliminary requirement: the defendant must have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf," or, alternatively, thirty days

must have passed since the defendant made a request to the Bureau of Prisons without having received a response. *See id.* § 3582(c)(1)(A).

Mois does not say in his short letter whether he has satisfied this preliminary requirement. Nor does he explain what "extraordinary and compelling reasons" might support a motion to reduce his sentence under § 3582(c)(1). The court will not appoint an attorney to assist Mois without this most basic information.

In short, the court reads Mois's letter as a motion to appoint counsel and **denies** that motion. Mois may again request an attorney to help him file a motion based on 18 U.S.C. § 3582 if he explains at minimum (1) whether he has submitted a request to the Bureau of Prisons and (2) what reasons would support his request for a sentence reduction.

This order resolves ECF No. 83.

IT IS SO ORDERED.

DATED: November 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE