PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00065-KJM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| EMANUEL MOIS, | |
| Defendant. | |

On September 16, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motion pursuant to 18 U.S.C. § 3582 (Docket No. 99).

IT IS HEREBY ORDERED the United States' request until October 24, 2024, to file its response is granted.

Dated: October 1, 2024.

HON. KIMBERLY J. MUELLER
UNITED STATES CHIEF DISTRICT JUDGE

1