PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EMANUEL MOIS,<br><br>  Defendant. | CASE NO. 2:18-CR-00065-KJM<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On October 24, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motion pursuant to 18 U.S.C. § 3582 (Docket No. 99).

IT IS HEREBY ORDERED the United States' request until November 21, 2024, to file its response is granted.

Dated: October 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

1