UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00065-KJM |
| Plaintiff, | ORDER |
| v. | |
| Emanuel Mois, | |
| Defendant. | |

Defendant Emanuel Mois moves pro se to waive the requirement he pay his fine and statutory assessment while he is in custody. *See generally* Mot. Waive Fine, ECF No. 95. The United States opposes the motion. *See generally* Opp'n, ECF No. 98. For the reasons below, the court **denies** the motion.

Mois pleaded guilty to one count under 18 U.S.C. § 2252(a)(2) for receipt of child pornography. *See* Plea Agreement at 2, ECF No. 26; Mins., ECF No. 24. The court imposed a sentence of 292 months' incarceration, followed by a lifetime term of supervised release. *See* Am. Judgment & Commitment at 2–3, ECF No. 47. In addition to the $100 special assessment, Mois agreed to pay and was ordered to pay restitution of $1,000 and a $5,000 assessment under the Justice for Victims of Trafficking Act (JVTA). *See* Plea Agreement at 3–4; Am. Judgment & Commitment at 7. The court ordered payment to begin immediately, *see* Am. Judgment & Commitment at 9, and based on a stipulation that was not included in the amended judgment, the

1

1    court ordered Mois to make $100 monthly payments toward the $1,000 restitution on the first day
2    of every calendar month, Stip. & Order at 4, ECF No. 46.  Records from the U.S. Bureau of
3    Prisons show Mois has paid the $100 special assessment and $172.65 in restitution, leaving a
4    balance of more than $800 in outstanding restitution, plus the unpaid $5,000 JVTA assessment.
5    *See* Opp'n at 2.  As of August 2024, the balance of Mois's inmate trust account exceeded $6,300,
6    and he had been receiving regular payments from "Mois, Monica" and other unnamed senders,
7    usually on the order of $100 to $300, but sometimes much more.  *See id.* at 2–5.

8         Mois moves to postpone his $5,000 assessment until he is no longer in custody.  The
9    "main reason" for his request is the difficulty in making payments compared to his low income.
10   Mot. at 1.  "As of now," he states, "it is not I who make these payments but rather my loved
11   ones," who in his view "shouldn't have the burden to pay for [his] financial obligations."  *Id.*

12        Under the JVTA, "the court shall assess an amount of $5,000 on any non-indigent person
13   convicted of an offense under" Chapter 110 of Title 18, including an offense under § 2252,
14   among other provisions of Titles 8 and 18.  18 U.S.C. § 3014(a).  The assessment is "collected in
15   the manner that fines are collected in criminal cases, including the mandatory imposition of civil
16   remedies for satisfaction of an unpaid fine as authorized under section 3613, where appropriate."
17   *Id.* § 3014(f).  Under that section, a sentence imposing a fine "is a lien in favor of the United
18   States on all property and rights to property of the person fined."  *Id.* § 3613(c).  In addition, if a
19   defendant "receives substantial resources from any source," that defendant "shall be required to
20   apply the value of such resources to any restitution or fine still owed."  *Id.* § 3664(n).  But a court
21   may change a payment schedule or require payment in full if a defendant's economic
22   circumstances change.  *See id.* § 3664(k).

23        Mois has shown neither that his economic circumstances have changed nor that a delayed
24   payment schedule is appropriate.  He does not dispute that the balance of his inmate trust account
25   exceeds the value of his outstanding obligations.  This court **denies** his motion (ECF No. 95).
26   The court also **grants** the government's motion (ECF No. 98) to issue a second amended
27   /////
28   /////

judgment requiring restitution be paid in $100 monthly installments on the first of each month, beginning October 1, 2019.  *See* Opp'n at 7.  A second amended judgment will issue in due course.

 IT IS SO ORDERED.

DATED:  November 13, 2024.

_____
UNITED STATES DISTRICT JUDGE